UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

JULIO CESAR GARCIA-ESPINOZA,

    Defendant.

_____/

Hon. Paul L. Maloney

Case No. 1:25-cr-00101

## **REPORT AND RECOMMENDATION**

Pursuant to W.D. MICH. L.CR.R. 11.1, the undersigned judicial officer conducted a plea hearing in the captioned case on January 7, 2026, after receiving the written consent of defendant and all counsel. There is no plea agreement. At the hearing, defendant Julio Cesar Garcia- Espinoza, entered a plea of guilty to Counts 1-3 the Superseding Indictment. In Count 1, defendant is charged with making a false claim of lawful permanent resident status, in violation of 18 U.S.C. § 1546(a); Count 2 charges him with misuse of a social security account number, in violation of 42 U.S.C.§ 408(a)(7)(B); and Count 3 charges him with assaulting, resisting, or impeding federal officers, in violation of 18 U.S.C. § 111(a), (b).

On the basis of the record made at the hearing, the undersigned finds that defendant is fully capable and competent to enter an informed plea; that the plea is made knowingly and with full understanding of each of the rights waived by defendant; that it is made voluntarily and free from any force, threats, or promises,

apart from the promises in the plea agreement; that the defendant understands the nature of the charge and penalties provided by law; and that the plea has a sufficient basis in fact.

Accordingly, the undersigned recommends that defendant's plea of guilty to Counts 1-3 of the Superseding Indictment be accepted, that the court adjudicate defendant guilty. Acceptance of the plea, adjudication of guilt, and imposition of sentence are specifically reserved for the district judge.

Date: January 7, 2026             /s/ Phillip J. Green
                                                 PHILLIP J. GREEN
                                                 United States Magistrate Judge

**NOTICE TO PARTIES**

You have the right to de novo review of the foregoing findings by the district judge. Any application for review must be in writing, must specify the portions of the findings or proceedings objected to, and must be filed and served no later than fourteen days after service of this report and recommendation. *See* W.D. MICH. L.CR.R. 11.1(d).